AO 91 (Rev. 11/11)  Criminal Complaint

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  **26mj1614** |
| | ) |
| | ) |
| Joseph Allen Cata | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## Amended

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  April 3, 2026  in the county of  Rio Arriba  in the
District of  New Mexico , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1153 and 113(a)(8): | Assault by Strangulation and Suffocation |

This criminal complaint is based on these facts:

See attached Affidavit

❏ Continued on the attached sheet.

_____
*Complainant's signature*

Christian Velarde, Special Agent, BIA
_____
*Printed name and title*

Electronically Submitted and Telephonically Sworn

Date:    4/9/2026
_____
*Judge's signature*

City and state:    Albuquerque, NM                Steven C. Yarbrough, US Magistrate Judge
_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

     Plaintiff,

vs.

**JOSEPH ALLEN CATA (YOB 2003)**,

    Defendant.

Case No. _____

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

## **AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Christian Velarde, being first duly sworn, depose and state as follows:

### **INTRODUCTION AND AFFIANT BACKGROUND**

1. I am a Special Agent with the Bureau of Indian Affairs, Office of Justice Services (OJS), assigned to the Northern Pueblos Agency Criminal Investigations Unit. I have been employed in this capacity since April 2023. As a federal law enforcement officer, I possess statutory authority to investigate and enforce violations of federal criminal laws, including those codified under Title 18, United States Code.

2. As part of my duties, I investigate major crimes occurring within federally recognized tribal lands, including but not limited to homicide, assault by strangulation or suffocation, and domestic violence. I have approximately nine years of total law enforcement experience, including six years with the United States Air Force, where I served as a Police Officer, Entry Controller, Response Force Leader, and Alarm Monitor. I completed the Department of Homeland Security's Criminal Investigator Training Program at the Federal Law Enforcement Training Center (FLETC) and have received extensive in-service training in investigative procedures, evidence handling, and trauma-informed interviewing techniques.

**PURPOSE OF AFFIDAVIT**

3.   This affidavit is submitted in support of a Criminal Complaint and Arrest Warrant for Joseph Allen CATA (hereinafter CATA) (YOB 2003), for Assault by Strangulation or Suffocation, in violation of 18 U.S.C. §§ 1153 and 113(a)(8), committed within Indian Country.

4.   The purpose of this affidavit is to establish probable cause that the offense described above occurred. It does not include every fact known to me or to participating law enforcement personnel. The information contained herein is based upon my personal investigation, official reports from the Santa Clara Pueblo Police Department (SCPD), and interviews with witnesses, victim, and other statements made and observations by law enforcement officers. Unless otherwise indicated, statements described in this affidavit are given in substance and not verbatim.

**PROBABLE CAUSE**

5.   On April 3, 2026, at approximately 11:13 a.m., the Santa Clara Pueblo Police Department ("SCPD") was dispatched to a possible domestic violence incident located at 610 Jane Doege Edge Road, Española, New Mexico, an area within the exterior boundaries of the Santa Clara Pueblo, a federally recognized Indian Tribe.

6.   Upon arrival, SCPD officers contacted the victim, JANE DOE (YOB 2003), an enrolled member of Jemez Pueblo, who reported that she had been assaulted by her boyfriend of nine years, Joseph Cata (hereinafter CATA), an enrolled member of Ohkay Owingeh Pueblo and therefore an "Indian" as that term is defined by federal law.

Interview with Jane Doe

7.   JANE DOE stated that she and CATA had been arguing with their roommate when CATA

became enraged and struck her multiple times in the face with his hands, using both open-handed slaps and closed-fist punches. Responding SCPD officers observed visible injuries on JANE DOE, including a bruised right eye, scratches, redness, and contusions to the face consistent with her account.

8. At approximately 11:52 a.m., SCPD notified the BIA-OJS Northern Pueblos Agency. The agent subsequently initiated a follow-up investigation. Later that day, the agent contacted JANE DOE, who agreed to be interviewed at her sister's residence in Santa Fe, New Mexico.

9. During the recorded interview, JANE DOE described that the assault began around 1:00 a.m. on April 3, 2026. The parties returned home between approximately 11:00 p.m. and 1:00 a.m. While cooking together in the kitchen, JANE DOE later expressed to CATA in their bedroom that she was uncomfortable with the way their roommate, M.W., spoke to and treated them. JANE DOE stated that, during the argument, CATA told her to "shut up" and struck her across the face multiple times. She recalled that CATA used both open and closed hands and that he subsequently placed both of his hands around her neck, applying pressure such that she could not breathe or scream.

10. She remembered hearing CATA tell her that he "didn't want to be with her anymore," while calling her profane and derogatory names. JANE DOE stated that she was in fear for her life during this assault.

11. JANE DOE reported that she managed to escape temporarily by pushing CATA away, retreating to the restroom and later returning to retrieving her belongings. She threw CATA's cell phone at him, striking him in the face. Afterward, CATA jumped onto JANE DOE's back and placed her in another chokehold, forcing both onto the bed. JANE DOE explained that CATA

continued to apply pressure to her neck while yelling insults. The assault ended when the homeowner, M.W., intervened and ordered both individuals to stop and leave his residence.

12. CATA subsequently departed the residence with M.W., who transported him to his sister's home in Truchas, New Mexico. JANE DOE remained behind and was later picked up by her aunt, who encouraged her to contact law enforcement.

Interview with Homeowner

13. On April 3, 2026, law enforcement conducted a formal witness interview with M.W., who confirmed that he had returned home late the prior evening from Albuquerque. Shortly thereafter, JANE DOE and CATA arrived at his residence. Around 1:00 a.m., M.W. heard loud noises from the kitchen and found JANE DOE and CATA cooking and making excessive noise.

14. After instructing them to calm down, he returned to his room but was later awakened around 3:00 a.m. by thumping sounds, screams, and the sound of the walls shaking from inside their bedroom. He could hear JANE DOE screaming and yelling at CATA to stop.

15. M.W. stated that he yelled for them to stop fighting, at which point the noise briefly ceased. He later heard JANE DOE flee to the bathroom before returning and slapping CATA. The struggle resumed, and, at around 5:00 a.m., M.W. again heard loud banging, movement, and muffled screams consistent with someone being suffocated or smothered. He also heard CATA yelling obscenities and ordering JANE DOE to "shut up."

16. M.W. eventually opened the bedroom door to intervene and saw both parties with visible signs of injury. He noted that JANE DOE's face was swollen as if she had been struck repeatedly, while CATA's face appeared swollen and bore a bite mark near his upper chest and shoulder area.

17. As noted above, both CATA and JANE DOE are enrolled members of federally

recognized tribes, and the incident occurred within the territorial boundaries of the

Santa Clara Pueblo, establishing federal jurisdiction under 18 U.S.C. § 1153 (the Major Crimes

Act).

## CONCLUSION

18.   Based on my training, experience, and the facts set forth above, I believe there is

probable cause to conclude that, on or about April 3, 2026, within Indian Country,

JOSEPH CATA did knowingly and intentionally assault JANE DOE, his intimate partner, by

strangling and attempting to strangle her, thereby committing violations of 18 U.S.C. § 113(a)(8)

(Assault by Strangulation or Suffocation).

19.  Accordingly, I respectfully request that the Court authorize a Criminal Complaint and

Arrest Warrant for JOSEPH CATA.

20.  Supervisory Assistant United States Attorney Jack Burkhead, United States Attorney's

Office for the District of New Mexico, has reviewed and approved this complaint.

Respectfully submitted,

Christian Velarde
Special Agent
Bureau of Indian Affairs-Northern
Pueblos Agency

Electronically submitted and telephonically sworn on April 9, 2026.

Steven C. Yarbrough
United States Magistrate Judge