AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the

FILED
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO

APR 1 0 2026

MITCHELL R. ELFERS
CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. **26mj1614** |
| | ) | |
| Joseph Allen Cata | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

### ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Joseph Allen Cata                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1153 and 113(a)(8): Assault by Strangulation and Suffocation

Date:     4/8/2026 _____

*Issuing officer's signature*

City and state:     Albuquerque, NM _____

Steven C. Yarbrough, US Magistrate Judge

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4/8/26 , and the person was arrested on *(date)* 4/9/26 at *(city and state)* SANTA CLARA PUEBLO, NM |

Date: 4/9/26

SANTA FE DEPUTY USM
*Arresting officer's signature*

S. MUDADA / H. SHELBY        DUSMS
*Printed name and title*