**CLERK'S MINUTE SHEET**
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Steven C. Yarbrough, United States Magistrate Judge

Initial Appearance

| Case Number: | 26-MJ-1614 | UNITED STATES vs. CATA | |
|---|---|---|---|
| Hearing Date: | Friday, April 10, 2026 | Time In and Out: | 9:44 am – 9:47 am |
| Courtroom Deputy: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Joseph Allen Cata | Defendant's Counsel: | Margaret Katze for this hearing only |
| AUSA: | Kimberly Bell | Pretrial/Probation: | G. Rodriguez |
| Interpreter: | | Witness: | |

**Initial Appearance**

| | | | |
|---|---|---|---|
| ☒ | Defendant received a copy of charging document | | |
| ☒ | Court advises defendant(s) of possible penalties and all constitutional rights | | |
| ☒ | Defendant would like Court appointed counsel | | |
| ☒ | Government moves to detain | ☒ | Government does not recommend detention |
| ☒ | Set for Preliminary/Detention Hearing | on Tuesday, April 14, 2026 | @ 9:30 am |

**Preliminary/Show Cause/Identity**

| | | | |
|---|---|---|---|
| ☐ | Defendant | | |
| ☐ | Court finds | ☐ | Court does not find probable cause |

**Detention**

| | |
|---|---|
| ☐ | Defendant waives right to contest detention |
| ☐ | |

**Custody Status**

| | | |
|---|---|---|
| ☒ | Defendant detained pending hearing | |
| ☐ | Conditions | |

**Other**

| | |
|---|---|
| ☐ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver |
| ☒ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. |
| ☐ | Matter referred to ____ for Final Revocation Hearing |
| ☐ | |