**CLERK'S MINUTE SHEET**
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Karen B. Molzen, United States Magistrate Judge

Preliminary/Detention Hearing

| Case Number: | 26-MJ-1614 | UNITED STATES vs. CATA | |
|---|---|---|---|
| Hearing Date: | Tuesday, April 14, 2026 | Time In and Out: | 10:22 am – 10:45 am & 1:37 pm – 2:01 pm |
| Courtroom Deputy: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Joseph Allen Cata | Defendant's Counsel: | Martin Juarrez |
| AUSA: | Patrick Cordova | Pretrial/Probation: | M. Pirkovic |
| Interpreter: | | Witness: | S/A Christian Velarde, BIA-NP |

**Initial Appearance**

| | | | |
|---|---|---|---|
| ☐ | Defendant received a copy of charging document | | |
| ☐ | Court advises defendant(s) of possible penalties and all constitutional rights | | |
| ☐ | Defendant would like Court appointed counsel | | |
| ☐ | Government moves to detain | ☐ | Government does not recommend detention |
| ☐ | Set for | on | @ |

**Preliminary/Show Cause/Identity**

| | | | |
|---|---|---|---|
| ☐ | Defendant waives Preliminary Hearing | | |
| ☒ | Preliminary Hearing held | | |
| ☒ | Court finds probable cause | ☐ | Court does not find probable cause |

**Detention**

| | |
|---|---|
| ☐ | Defendant waives right to contest detention |
| ☐ | |

**Custody Status**

| | | |
|---|---|---|
| ☐ | Defendant | |
| ☒ | Conditions of release imposed | |

**Other**

| | |
|---|---|
| ☐ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver |
| ☐ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. |
| ☐ | Matter referred to        for Final Revocation Hearing |
| ☒ | USA-direct of S/A (Exhibits); FPD-cross of S/A; Break until 1:15 pm: FPD-continues; USA-redirect of S/A; Court-findings; USA-proffers detention; FPD-proffers release; USA-responds; Court-findings |