FILED

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 1 2026

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      vs.<br><br>**JOSEPH ALLEN CATA,**<br><br>      Defendant. | CRIMINAL NO. 26-2061 KWR<br><br>18 U.S.C. §§ 1153 and 113(a)(8): Assault of an Intimate Partner by Strangling. |

## I N D I C T M E N T

The Grand Jury charges:

On or about April 3, 2026, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **JOSEPH ALLEN CATA**, an Indian, assaulted Jane Doe, the defendant's spouse, intimate partner, and dating partner, by strangling and attempting to strangle Jane Doe.

In violation of 18 U.S.C. §§ 1153 and 113(a)(8).

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney